RECEIVED
AUG 1 1 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:21-cr-74 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| JARED MICHAEL RICKLEFS, | ) | T. 18 U.S.C. § 471 |
| | ) | T. 18 U.S.C. § 2 |
| Defendant. | ) | T. 18 U.S.C. § 492 |
| | ) | T. 18 U.S.C. § 982(a)(2)(B) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Counterfeiting Obligations and Securities of the United States)**

On or between December 2019 and March 6, 2020, in the Southern District of Iowa, and elsewhere, the defendant, JARED MICHAEL RICKLEFS, with intent to defraud, did counterfeit, falsely make, forge, and alter an obligation of the United States, that is, falsely made, forged, and counterfeited five-dollar Federal Reserve Notes, namely one or more of the following:

(1) Federal Reserve Note, Series of 2013, Serial No. MF94044618B;

(2) Federal Reserve Note, Series of 2013, Serial No. MB02510311E;

(3) Federal Reserve Note, Series of 2013, Serial No. MC34172518B;

(4) Federal Reserve Note, Series of 2013, Serial No. ME17525159D;

(5) Federal Reserve Note, Series of 2013, Serial No. MJ55655705B;

(6) Federal Reserve Note, Series of 2013, Serial No. ML72897429G;

(7) Federal Reserve Note, Series of 2013, Serial No. MF94044618B;

1

This is in violation of Title 18, United States Code, Section 471, and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Counterfeiting Obligations and Securities of the United States)**

On or between December 2019 and March 6, 2020, in the Southern District of Iowa, and elsewhere, the defendant, JARED MICHAEL RICKLEFS, with intent to defraud, did counterfeit, falsely make, forge, and alter an obligation of the United States, that is, falsely made, forged, and counterfeited ten-dollar Federal Reserve Notes, namely one or more of the following:

(1) Federal Reserve Note, Series of 2013, Serial No. MG22486361C;

(2) Federal Reserve Note, Series of 2013, Serial No. MG44097768C;

(3) Federal Reserve Note, Series of 2013, Serial No. MG67483138B;

This is in violation of Title 18, United States Code, Section 471, and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Counterfeiting Obligations and Securities of the United States)**

On or between December 2019 and March 6, 2020, in the Southern District of Iowa, and elsewhere, the defendant, JARED MICHAEL RICKLEFS, with intent to defraud, did counterfeit, falsely make, forge, and alter an obligation of the United

States, that is, falsely made, forged and counterfeited twenty-dollar Federal Reserve Notes, namely one or more of the following:

(1) Federal Reserve Note, Series of 2009, Serial No. JC88122312B;

(2) Federal Reserve Note, Series of 2009, Serial No. JG34946496D;

(3) Federal Reserve Note, Series of 2013, Serial No. MA30522314B;

(4) Federal Reserve Note, Series of 2013, Serial No. MB05806493G;

(5) Federal Reserve Note, Series of 2013, Serial No. MB08839047B;

(6) Federal Reserve Note, Series of 2013, Serial No. MB31841333C;

(7) Federal Reserve Note, Series of 2013, Serial No. MC48358488E;

(8) Federal Reserve Note, Series of 2013, Serial No. MC50276296E;

(9) Federal Reserve Note, Series of 2013, Serial No. ME24584048A;

(10) Federal Reserve Note, Series of 2013, Serial No. ME47923966J;

(11) Federal Reserve Note, Series of 2013, Serial No. MF03320976B;

(12) Federal Reserve Note, Series of 2013, Serial No. MI78796882A;

(13) Federal Reserve Note, Series of 2013, Serial No. ML79007059L;

(14) Federal Reserve Note, Series of 2017, Serial No. NB11459047B;

(15) Federal Reserve Note, Series of 2017, Serial No. NG09103463A;

(16) Federal Reserve Note, Series of 2017, Serial No. NG10037645A;

(17) Federal Reserve Note, Series of 2013, Serial No. MF58990851G;

This is in violation of Title 18, United States Code, Section 471, and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Counterfeiting Obligations and Securities of the United States)**

On or between December 2019 and March 6, 2020, in the Southern District of Iowa, and elsewhere, the defendant, JARED MICHAEL RICKLEFS, with intent to defraud, did counterfeit, falsely make, forge, and alter an obligation of the United States, that is, falsely made, forged and counterfeited fifty-dollar Federal Reserve Notes, namely one or more of the following:

(1) Federal Reserve Note, Series of 2013, Serial No. MB48037386A;

(2) Federal Reserve Note, Series of 2013, Serial No. MB80972150B;

(3) Federal Reserve Note, Series of 2004, Serial No. GE36854014A;

This is in violation of Title 18, United States Code, Section 471, and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
**(Counterfeiting Obligations and Securities of the United States)**

On or between December 2019 and March 6, 2020, in the Southern District of Iowa, and elsewhere, the defendant, JARED MICHAEL RICKLEFS, with intent to defraud, did counterfeit, falsely make, forge, and alter an obligation of the United States, that is, falsely made, forged and counterfeited one-hundred-dollar Federal Reserve Notes, namely one or more of the following:

(1) Federal Reserve Note, Series of 2001, Serial No. CL68017079A;

(2) Federal Reserve Note, Series of 2009A, Serial No. LD63109873B;

This is in violation of Title 18, United States Code, Section 471, and Title 18, United States Code, Section 2.

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

That upon conviction for the offenses alleged in Counts 1-5 of this Indictment, the defendant, JARED MICHAEL RICKLEFS, shall forfeit to the United States, the following:

A. <u>**Proceeds.**</u> Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, including but not limited to the counterfeit bills that were seized and listed above.

B. <u>**Facilitation.**</u> Any property used and intended to be used in any manner, or part, to commit or facilitate the commission of such violation, including but not limited to the following:

i. HP Photosmart 6520 printer with serial number TH36Q111R8;

ii. HP Envy 5012, serial number TH95A9K0VY;

iii. Samsung Galaxy A20s cellular phone with IMSI number 352741114585980; and

iv. LG cellular phone with IMSI number 310260077533370.

This is pursuant to Title 18, United States Code, Section 492; Title 18, United States Code, Section 982(a)(2)(B); Title 28, United States Code, Section 2461(c), and rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Amanda W. Searle
Assistant United States Attorney